IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LEE, ) | No. C 10-2936 LHK (PR) |
| ) | |
| Petitioner, ) | ORDER GRANTING |
| ) | EXTENSION OF TIME FOR |
| v. ) | PETITIONER TO FILE A |
| ) | TRAVERSE |
| RANDY GROUNDS, Warden, ) | |
| ) | |
| Respondent. ) | |
| ) | (Docket No. 6) |

On October 12, 2010, Petitioner filed a motion for extension of time to file his traverse. On October 25, 2010, Petitioner filed his traverse. Good cause appearing, Petitioner's motion for an extension of time to file his traverse is GRANTED, and his traverse is deemed timely filed. This order terminates docket no. 6.

IT IS SO ORDERED.

DATED:   11/5/2010

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Granting Extension of Time for Petitioner to File a Traverse
P:\PRO-SE\SJ.LHK\HC.10\Lee936.EOT-Traverse.wpd